Sheila Materne Richard
127 Earnest Drive
Ragley, LA 70657





Clerk, U.S. District Court
Western District of Louisiana
611 Broad Street
Lake Charles, LA 70601