UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**UNITED STATES OF AMERICA**  :  **CASE NO. 2:06-CR-20027-02**

**VERSUS**  :  **JUDGE JAMES D. CAIN, JR.**

**SHEILA MATERNE RICHARD (02)**  :  **MAGISTRATE JUDGE KAY**

## ORDER

Before the court is a Motion for Early Termination of Supervised Release [doc. 383] pursuant to 18 U.S.C. § 3583(e) and Federal Rule of Criminal Procedure 32.1, filed by defendant Sheila Materne Richard. Ms. Richard was convicted in this court of possession with intent to distribute methamphetamine, conspiracy, and possession of a firearm in furtherance of a drug trafficking crime. Doc. 177. On December 7, 2007, she was sentenced to a total term of imprisonment of 180 months with 5 years of supervised release. Doc. 215. She has now completed her term of imprisonment and her supervised release is set to expire in August 2024.

Ms. Richard requests early termination of that period, citing her compliance with the terms of her supervised release and her duties as caretaker of an elderly parent. The court has consulted with her probation officer and the United States Attorney's Office, neither of whom raises any objection to the requested relief. Accordingly, based on the record, these consultations, and the cited factors,

**IT IS ORDERED** that the Motion for Early Termination [doc. 383] be **GRANTED**. The term of supervised release for defendant Sheila Materne Richard is hereby terminated as of this date and Ms. Richard is discharged from supervision.

**THUS DONE AND SIGNED** in Chambers on the 26th day of October, 2022.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE